UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
:
UNITED STATES OF AMERICA,                              :
:
                         Plaintiff  :
:      23-CR-650 (VSB)
            -against-                              :
:      **ORDER**
JUAN CARLOS PADILLA SANTOS,                    :
:
                       Defendant.  :
-----------------------------------------------------------:
X

VERNON S. BRODERICK, United States District Judge:

On July 3, 2024, the Defendant pled guilty before me to one count of Illegal Reentry to the United States in violation of 8 U.S.C. § 1326(a) and (b)(2).  (Doc. 26 at 22.)  During the plea hearing, counsel for Defendant agreed to arrange a time for the Probation Office to interview Defendant, with the presence of counsel, in connection with the preparation of the Presentence Report.  (*Id*. at 23.)  I understand that after twice rescheduling the interview, counsel for Defendant failed to appear at a scheduled Presentence Report interview.  Accordingly, it is hereby:

**ORDERED** that, by September 6, 2024, counsel for Defendant schedule and attend a Presentence Report interview with the Defendant and the Probation Office.

SO ORDERED.

Dated:   August 23, 2024
            New York, New York

                                                      Vernon S. Broderick
                                                      United States District Judge