**LAW OFFICES**
**LAZZARO LAW FIRM, P.C.**
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL:LAZZAROLAW@AOL.COM

LANCE LAZZARO                                                                                    * ADMITTED IN NY & NJ
RANDALL LAZZARO *
_____
JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

December 26, 2024

**Sent via ECF**
The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

RE:   **United States v. Juan Carlos Padilla Santos**
      **Case No.: 1:23-cr-00650-VSB**

Dear Judge Broderick:

      As you are aware, this firm represents Mr. Juan Carlos Padilla Santos with regards to the above-referenced matter. At this time, I would like to request a one more brief adjournment to early Feburary of the sentencing, which is currently scheduled for January 10th, 2025, before your Honor. The reason for this request is that I need additional time to complete my sentencing submission. My office has been in contact with AUSA Katherine Cheng, and she has no objection to this request. Additionally, we are consenting to an exclusion of time and my client has no objections to this request. Thank you for your attention herein.

Very Truly Yours,

BY: _____
LANCE LAZZARO

cc: AUSA Henry Ross and AUSA Katherine Cheng via ECF

---

**APPLICATION GRANTED**
**SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK**
**U.S.D.J.**   12/27/2024

The sentencing scheduled for January 10, 2025 is hereby adjourned to February 26, 2025 at 11:00 AM.