UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                          :
UNITED STATES OF AMERICA        :

                                                                       :            23-CR-650 (VSB)
               -v-                                :
                                                     :            **ORDER**
JUAN CARLOS PADILLA SANTOS,  :

                      Defendant.    :

------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       Due to a conflict in the court's schedule, it is hereby:

       ORDERED that the sentencing currently scheduled for February 26, 2025, at 11:00 a.m. is adjourned to March 31, 2025, at 11:00 a.m.

SO ORDERED.

Dated:  January 29, 2025
           New York, New York

                                                                             _____
                                                                              Vernon S. Broderick
                                                                              United States District Judge