

March 27, 2025

*Via ECF*

Hon. Vernon S. Broderick
U.S. District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> APPLICATION GRANTED
> SO ORDERED [signature]
> VERNON S. BRODERICK
> U.S.D.J.  3/28/2025
> The sentencing currently scheduled for March 31, 2025 is adjourned to May 29, 2025 at 10 AM.

Re:   *United States v. Juan Carlos Padilla Santos*
      23-cr-650 (VSB)

Your Honor,

    I represent Mr. Juan Carlos Padilla Santos in the above-referenced matter. I respectfully write to request an adjournment of Mr. Padilla Santos' sentencing hearing, currently scheduled for March 31, 2025, before Your Honor. As the Court is aware, I was appointed on February 12, 2025 following the withdrawal of prior counsel, Lance Lazarro, Esq. I am requesting additional time to prepare Mr. Padilla Santos' sentencing submission and to review the discovery materials.

    I have conferred with the government, and this adjournment request is made on consent. Thus, I respectfully request that the Court adjourn the sentencing hearing to any date during the last week of May, at the Court's convenience.

    Thank you.

Respectfully,

/s/ Gilbert S. Bayonne

Gilbert S. Bayonne, Esq.

---

1850 Amsterdam Ave    Tel: (929)333-6497    Email: gbayonne@thebayonnefirm.com
New York, NY, 10031   Fax: (929) 259-5468